# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RHONDA HOMER, | ) | 1:08cv876 OWW DLB |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On June 20, 2008, Plaintiff, proceeding in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits.

On June 23, 2008, the Court issued a Scheduling Order along with Instructions for Service of Social Security Appeals. The instructions explained that in order to serve Defendant, Plaintiff was required to complete and return a USM-285 form to the Court, as well copies of the summons and complaint. Plaintiff has not returned the documents and therefore, Defendant has not yet been served with the complaint.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should not be dismissed for failure to complete and return the service documents. Plaintiff is

1  ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the
2  date of this Order.
3      Failure to respond to this order will result in a recommendation that this action be
4  dismissed.

6      IT IS SO ORDERED.
7      **Dated:   October 7, 2008**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE