IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HOMER, ) | 1:08cv0876 OWW DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| Plaintiff, ) | |
| ) | (Document 9) |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      On June 20, 2008, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

      On November 3, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's action be dismissed for her failure to follow the Court's order and failure to prosecute this action. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. No objections have been filed.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   The Findings and Recommendations dated November 3, 2008, is ADOPTED IN
3         FULL; and
4    2.   The action is DISMISSED.
5    This terminates this action in its entirety.

8  IT IS SO ORDERED.

9  **Dated:   December 16, 2008**                 **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE

2